Mr. Robert Neely,

SING SING CORRECTIONAL FACILITY
354 Hunter Street
Ossining, New York, 10562



March 25, 2008

Hon. Clerk of the Court, Pro Se Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York, 10013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

Subj. <u>Request Time Extension</u>
Re:Neely -V- L. Marshall, Superintendent.

<u>07 - Civ. - 9267</u> (<u>SHS</u>)(<u>JCF</u>)

Dear Sir/Madam, Et al:

   This letter/application is presently being written to request additional time, in which time to complete and submit the Traverse to Respondent's Opposition to Petitioner's Federal Habeas Corpus.

   I received the respondent's opposition on March 10, 2008, it has taken me close to two weeks to be placed on the Law Library's call-out list. Presently, I am going over several of the cases within the opposition, and am attempting to respond in kind.

   Currently, I am requesting an additional thirty (30) days to complete and submit the Traverse to the Return.

   This is petitioner's first request for an extension of time, and this request in no way should prejudice the respondent, and/or interrupt the Court's calendar. This request is made in good faith.

   Thank you in advance for your time concerning this matter.

R/n.

Very Truly Yours,

Robert Nely, #02-A-6041,
Petitioner, Pro Se.

4/4/08
Application granted.
SO ORDERED.
James C. Francis IV
VSM

Mr. Robert Neely, #02-A-6041
Re: Request Time Extension
Page - 2.

c.c.: Mrs. Ashlyn Dannelly, Esq.,
      Assistant Attorney General
                for Respondent
      120 Broadway
      New York, New York, 10271

      File.