

```
RECEIVED
JUL 24 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

Mr. Robert Neely,
#02-A-6041, Hous.Loc,#HB-B-X-56-N
SING SING CORRECTIONAL FACILITY
354 Hunter Street
Ossining, New York, 10562

July 18, 2008

Hon. Sidney H. Stein,
United States District Judge

Attn.: Clerk of the Court
UNITED STATES DISTRICT COURT
Southern District of New York
500 Pearl Street., Room-1010
New York, New York, 10007

**MEMO ENDORSED**

Re: <u>Requesting Time Extension</u>

07-Civ.-9267 (<u>SHS</u>)(<u>JCF</u>)

Dear Sir, Et al:

    I am in receipt of the Magistrate Judge's <u>REPORT AND RECOMMENDATION</u>, recommending Denial of the petition; dated July 14, 2008, signed for and received by me on July 16, 2008, and after a reasonable review of said Report and Recommendation, I have decided to pose an Objection, and respond to the assertions contained thereon.

    Presently, I am submitting this letter/application requesting an Extension of Time, to complete and submit the objection. An additional thirty (30) to fourty (40) days, from this date, should be sufficient to bring about the indicated objection.

    This request is made in good faith, and should not prejudice the Respondent and/or interfer with the Court's scheduling.

    Thank you for your time concerning this matter. *Last date to object to the report & recommendation is August 22, 2008*

SO ORDERED 7/25/08

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

R/n.

Respectfully Submitted,

Sworn to before me this
21 day of July, 2008

*Robert Neely*
Robert Neely, #02-A-6041,
Petitioner Pro Se

/s/ Patrice Lewis
Notary - public

PATRICE LEWIS
Notary Public-State of New York
Reg # 01LE6173319
Qualified in Dutchess County
Commission Expires 08/27/2011

MICROFILMED JUL 28 2008 -12:00 PM