USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ROBERT NEELY,                                :        07 Civ. 9267 (SHS)

                Petitioner,        :

   -against-                                :        ORDER

L. MARSHALL, Acting Superintendent, Sing Sing  :
Correctional Facility,
                                       :
                Respondent.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       In a Report and Recommendation dated July 14, 2008, Magistrate Judge James C. Francis recommended that this petition for a writ of *habeas corpus* be denied. As of today, the Court's records indicate that no objections have been filed by petitioner.

       Afer a *de novo* review of Magistrate Judge Francis' Report and Recommendation dated July 14, 2008,

       IT IS HEREBY ORDERED that:

       1.     Magistrate Judge Francis' "Report and Recommendation" is adopted;

       2.     The petition pursuant to 28 U.S.C. § 2254 is dismissed;

       3.     As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253 (as amended by the AEDPA); Middleton v. Attorneys Gen. of New York and Pennsylvania, 396 F.3d 207

(2d Cir. 2005) (per curiam); <u>Lucidore v. New York State Div. of Parole</u>, 209 F.3d 107, 111-13 (2d Cir. 2000); <u>Soto v. United States</u>, 185 F.3d 48, 51-53 (2d Cir. 1997); <u>United States v. Perez</u>, 129 F.3d 255, 259-60 (2d Cir. 1997), <u>cert. denied</u>, 525 U.S. 953 (1998); and

    4.    Pursuant to 28 U.S.C. § 1915(a) the Court certifies that any appeal from this Order would not be taken in good faith.

Dated: New York, New York
       September 2, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.